Michael E. ASHBY, Petitioner—Appellant,

v.

Alice PAYNE, Respondent—Appellee.

No. 02–35865.

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

As Amended on Denial of Rehearing
March 10, 2006.

Michael E. Ashby, Steilacoom, WA, pro se.

Before: GOODWIN, W. FLETCHER and FISHER, Circuit Judges.

MEMORANDUM **

Michael E. Ashby appeals pro se the district court's judgment dismissing without prejudice his 28 U.S.C. § 2254 petition for failure to exhaust. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Ashby contends that the district court erred by dismissing his 28 U.S.C. §2254 petition without prejudice based on its belief that the petition contained only unexhausted claims. We agree with Ashby that his petition contained claims that were exhausted. *See In Re Matteson*, 142 Wash.2d 298 (Wash. 2000). However, we affirm the dismissal because Ashby's claims are foreclosed by out decision in *White v. Lambert*, 370 F.3d 1002 (9th Cir. 2004).

The motion to proceed in forma pauperis is granted. The Clerk shall amend the docket to reflect this status.

**AFFIRMED.**

Sveta KIRAKOSYAN, Petitioner,

v.

Alberto R. GONZALES, Attorney General, Respondent.

No. 04–72532.

United States Court of Appeals,
Ninth Circuit.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Dec. 5, 2005.*

Decided Dec. 12, 2005.

Reynold E. Finnegan, Esq., Finnegan & Diba A Law Corporation, Los Angeles, CA, for Petitioner.

Regional Counsel, Western Region Immigration & Naturalization Service, Laguna Niguel, CA, Ronald E. Lefevre, Chief Legal Officer, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

## MEMORANDUM **

Sveta Kirakosyan, a native of Kazakhstan and citizen of Armenia petitions for review of the Board of Immigration Appeals' summary affirmance of the Immigration Judge's ("IJ") order denying her application for asylum, withholding of removal, and relief under the Convention Against Torture ("CAT"). We have jurisdiction pursuant to 8 U.S.C. § 1252. We review adverse credibility findings for substantial evidence, and we deny the petition for review. See *Kasnecovic v. Gonzales*, 400 F.3d 812, 813 (9th Cir.2005).

The IJ's adverse credibility finding was supported by substantial evidence that went to the heart of Kirakosyan's contentions. See *Chebchoub v. INS*, 257 F.3d 1038, 1043 (9th Cir.2001).

Absent credible evidence establishing Kirakosyan's eligibility for asylum, she also cannot show that she is eligible for withholding of removal. See *Farah v. Ashcroft*, 348 F.3d 1153, 1156 (9th Cir. 2003).

In addition, the IJ's denial of relief under the CAT is supported by substantial evidence. See *id.* at 1156—57 (rejecting petitioner's CAT contentions because petitioner failed to present any additional credible evidence).

The voluntary departure period was stayed, and that stay will expire upon issuance of the mandate. See *Desta v. Ashcroft*, 365 F.3d 741, 750 (9th Cir.2004).

**PETITION FOR REVIEW DENIED.**

**Daniel Wayne COOK, Plaintiff—Appellant,**

v.

**Terry L. STEWART; et al., Defendants—Appellees.**

No. 05–15036.

United States Court of Appeals, Ninth Circuit.

---

courts of this circuit except as provided by 9th Cir. R. 36–3.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.